IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THIEMS CONSTRUCTION COMPANY, INC. and TAD THIEMS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED FIRE & CASUALTY COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 15-CV-1323-SMY |

## JUDGMENT IN A CIVIL ACTION

This action having come before the Court, and the Court having a rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on February 15, 2021 (Doc. 136), Plaintiff's claims in Counts I-V are **DISMISSED with prejudice**.

The remaining claims against Defendant were tried by a jury with District Judge Staci M. Yandle presiding, and the jury has rendered a verdict,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Thiems Construction Company, Inc. and against Defendant United Fire & Casualty Company on Plaintiff's claims of breach of fiduciary duty and bad faith (Counts VI and VII) in the amount of $904,019.71. Further, an award of punitive damages is entered in favor of Plaintiff Thiems Construction Company, Inc. and against Defendant United Fire & Casualty Company in the amount of $1,000,000.00.

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  April 8, 2021**                                   **MARGARET M. ROBERTIE,**
                                                            **Clerk of Court**

                                                            **By: s/ Stacie Hurst**
                                                            Deputy Clerk

**Approved:**     **s/ Staci M. Yandle**
                  **STACI M. YANDLE**
                  **DISTRICT JUDGE**